UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PAUL R. WHITE,<br>Plaintiff<br><br>V.<br><br>BAC HOME LOANS SERVICING, LP<br>FKA COUNTRYWIDE HOME<br>LOANS SERVICING, LP,<br>Defendant | § § § § § § § § § § | CIVIL ACTION<br><br>3:09-CV-2484-G<br><br>ECF |

## MOTION FOR WITHDRAWAL OF COUNSEL

This Motion for Withdrawal of Counsel is brought by Chad A. Norcross, attorney of record for PAUL R. WHITE. Chad A. Norcross requests the Court to grant him permission to withdraw as attorney for PAUL R. WHITE in this case. In support, Chad A. Norcross shows:

Good cause exists for the withdrawal of Chad A. Norcross as counsel, in that he is unable to effectively communicate with PAUL R. WHITE in a manner consistent with good attorney-client relations and PAUL R. WHITE has breached his employment contract with Chad A. Norcross.

A copy of this motion has been delivered to PAUL R. WHITE, who is hereby notified in writing of his right to object to this motion. The last known address of Paul R. White is 7323 Long Canyon Trail Dallas, Texas 75249.

This case is currently subject to the following deadlines:

> Plaintiff's Response to Defendant's Motion to Dismiss Amended Petition is due May 5, 2010.

Chad A. Norcross prays that the Court enter an order discharging him as attorney

of record for PAUL R. WHITE.

          Respectfully submitted,

          NORCROSS & ASSOCIATES
          5430 Glen Lakes, Suite 260
          Dallas, Texas  75231
          Telephone: 214-368-9300
          Facsimile: 214-368-9306

By: _____
     Chad A. Norcross
     State Bar No. 24039513
     *Attorney for Plaintiff*

## CERTIFICATE OF CONFERENCE

This is to certify that on March 24, 2010 an attorney representative for counsel for Paul R. White conferred with counsel for Defendant who represented that they are UNOPPOSED to the relief being sought in this motion for withdrawal of counsel.

_____
Chad A. Norcross

## CERTIFICATE OF SERVICE

On April 20, 2010, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court. I hereby certify that I have served all counsel of record electronically or by another manner authorized by Federal rule of Civil Procedure 5(b)(2).

Chad A. Norcross
*Attorney for Plaintiff*

*Via Electronic Service*
C. Charles Townsend
Akerman Senterfitt LLP
600 N. Pearl Street, Suite S1900
Dallas, Texas 75201
(214) 720-4300
(214) 981-9339