UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| PAUL R. WHITE,              ) | |
| ) | |
| Plaintiff,          ) | |
| ) | CIVIL ACTION NO. |
| VS.                          ) | |
| ) | 3:09-CV-2484-G |
| BAC HOME LOANS SERVICING, LP ) | |
| f/k/a COUNTRYWIDE HOME LOANS ) | **ECF** |
| SERVICING, LP,               ) | |
| ) | |
| Defendant.        ) | |

## ORDER

Before the court is the motion of the plaintiff Paul R. White ("White") for an extension of time in which to respond to the defendant BAC Home Loans Servicing, LP ("BAC")'s motion to dismiss and to the his attorney's motion to withdraw as counsel (docket entry 21). White, acting through his attorney, has already filed a response to BAC's motion to dismiss. *See generally* Plaintiff's Response to Defendant's Motion to Dismiss (docket entry17). In addition, the court has denied his attorney's motion to withdraw as counsel. *See generally* Memorandum Opinion and Order of

June 15, 2010 (docket entry 22). Therefore, White's motion for an extension of time is **DENIED** as moot.

      **SO ORDERED**.

June 17, 2010.

                                                */s/ A. Joe Fish*
                                                **A. JOE FISH**
                                                **Senior United States District Judge**