UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PAUL R. WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:09-CV-2484-G |
| BAC H OME LOANS SERVICING, LP | ) | |
| f/k/a COUNTRYWIDE HOME LOANS | ) | |
| SERVICING, LP, | ) | |
| | ) | |
| Defendant. | ) | |

### ORDER

Plaintiff's motion for permission to file affidavit in support of second amended motion for withdrawal of counsel in camera (docket entry 24) is **DENIED** as moot.

**SO ORDERED**.

November 2, 2010.

_____
**A. JOE FISH**
**Senior United States District Judge**